ELLEN J. COXHEAD, Respondent, *v.* ALBERT L. JOHNSON et al., Appellants.

*Coxhead* v. *Johnson,* 20 App. Div. 605, affirmed.
(Argued March 28, 1900; decided April 17, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

October 19, 1897, modifying and affirming, as modified, a judgment in favor of plaintiff entered upon a verdict.

*Yonge, Brewster & Shearn* for appellants.

*Thomas E. Pearsall* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting : CULLEN, J.